UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEDRO GASPAR RAMIREZ,

Petitioner,

v. Case No.: 2:26-cv-02494-SPC-NPM

WARDEN OF GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

_____________________________________/

**OPINION AND ORDER**

Before the Court are Pedro Gaspar Ramirez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Gaspar Ramirez is a native of Guatemala who entered the United States without inspection more than 10 years ago. On July 14, 2026, local police arrested Gaspar Ramirez because of his immigration status and handed him over to Immigration and Customs Enforcement (ICE). Gaspar Ramirez claims his detention is unlawful because he has not received a bond hearing. But the government's response establishes that a bond hearing occurred on August 24, 2026. An immigration judge denied bond after finding Gaspar Ramirez to be a flight risk. Gaspar Ramirez's only other ground for relief is based on the conditions of his confinement. A habeas petition is not the proper vehicle to raise such a claim. *See Vaz v. Skinner*, 634 F. App'x 778, 781 (11th Cir. 2015).

Because Gaspar Ramirez is not entitled to relief on any claim in his Petition for Writ of Habeas Corpus (Doc. 1), it is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 24, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record